# Tom Green County
## District Clerk
### *Sheri Woodfin*



FILED
**June 9, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

**112 W Beauregard**                                                        **325-659-6579**
**San Angelo TX 76903**                                                     **Fax - 325-659-3241**

June 8, 2015

Style: Nathaniel Frazier, Jr. V. The State of Texas

Trial Court Case Number: D-13-0658-SA
Court of Appeals Number: 03-14-00655-CR
Re: Order from the Third Court of Appeals in regards to Request for Appellate Record
Method of Delivery: Postal Mail
Date Sent: June 8th, 2015

Mr. Nathaniel Frazier, Jr.,
Enclosed you will find, for your review, your requested copy of the appellate record and reporter's record. We have forwarded a copy of this letter to the Court of Appeals.

Sincerely,

Rebecca Douglas
Deputy District Clerk

cc: Mr. Nathaniel J. Frazier, Jr.
    John B. Connally Unit
    899 FM 632
    TDCJ No. 01942796
    Kennedy, TX 78119

    Third Court of Appeals at Austin, Texas
    P.O. Box 12547
    Austin, Texas 78777
    (Sent via Email)